IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  06-cv-01634-WYD-PAC

JEREMY J. PEOPLES,

    Applicant,

v.

JOE ORTIZ, Executive Director, CDOC; and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

## MINUTE ORDER

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    On November 27, 2006, Applicant filed a "Motion to Order State Court Record," (docket #14).  The motion is **DENIED** as premature.

    Dated:  November 29, 2006