IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
District Judge Philip A. Brimmer

Civil Action No. 06-cv-01634-PAB

JEREMY J. PEOPLES,

    Applicant,

v.

JOE ORTIZ, Executive Director, CDOC, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

---

## ORDER FOR STATE COURT RECORD

---

Applicant Jeremy J. Peoples, a prisoner in the custody of the Colorado Department of Corrections at the Arkansas Valley Correctional Facility in Crowley, Colorado, has filed an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254. Respondents have filed an Answer, and Mr. Peoples has filed a Reply.

I find that the following state court record is necessary for the resolution of this action: the transcript of an evidentiary hearing regarding Mr. Peoples' motion to dismiss filed pursuant to Colo. Rev. Stat. § 18-1-704.5.

Pursuant to Rule 5 of the Rules Governing Section 2254 Cases in the United States District Courts, the Court directs Respondents to provide to this Court the transcript identified above. Accordingly, it is

**ORDERED** that Respondents shall provide to this Court **within fifteen days from the date of this Order** the transcript of the evidentiary hearing as described above. It is further

**ORDERED** that the Clerk of the Jefferson County District Court shall produce the records as described in this Order that are in that Court's possession and provide the records to counsel for Respondents in this case for filing with this Court. It is further

**ORDERED** that the Clerk of this Court shall send a copy of this Order to both parties and to the Clerk of the Jefferson County District Court, 100 Jefferson County Parkway, Golden, CO 80401.

Dated: November 10, 2008.

BY THE COURT:

s/Philip A. Brimmer
Philip A. Brimmer
United States District Judge