IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 30 2009

GREGORY C. LANGHAM
CLERK

CIVIL ACTION NO. 06-cv-01634-PAB

Jeremy J. Peoples,

        Petitioner,

vs.

Joe Ortiz,

        Respondent.

## ORDER RETURNING STATE COURT RECORD

Upon careful examination of the record, it appears that the disposition of the above captioned case is now final. It is, therefore

**ORDERED** that the Clerk shall return the State Court Record.

DATED at Denver, Colorado, this 13th day of January, 2009.

                                                        BY THE COURT:

                                                        s/Philip A. Brimmer
                                                        Philip A. Brimmer, Judge

Re: 06-cv-01634 PAB

CERTIFICATE OF SERVICE

I, hereby certify that I have mailed the State Court Record to the following non C/M ECF participant on January 30, 2009.

Jefferson County Court
100 Jefferson County Parkway
Golden, Colorado 80401

Joe O'Hara
Deputy Clerk